# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV46
## (1:01CR45 & 3:01CR11-3)

| | |
|---|---|
| PHILIP B. GREER, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner's motion for admission *pro hac vice* of Glenn L. Cavanagh, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Petitioner's motion is **ALLOWED**, and Glenn L. Cavanagh, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: May 2, 2007

Lacy H. Thornburg
United States District Judge